No. 97–864. STRONG v. STATE BOARD FOR TECHNICAL AND COMPREHENSIVE EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–868. NACCO INDUSTRIES, INC. v. TRACY, OHIO TAX COMMISSIONER. Sup. Ct. Ohio. Certiorari denied.

No. 97–880. McCORD v. MILLWARD, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–882. CORRINET v. UNITED NATIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–890. YON ET AL. v. FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–891. SHEETZ, INC. v. VANDEVENDER. Sup. Ct. App. W. Va. Certiorari denied.

No. 97–893. MATIMAK TRADING CO. LTD. v. KHALILY, DBA UNITEX MILLS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–899. DENNIS v. SCOTT PAPER CO. C. A. 11th Cir. Certiorari denied.

No. 97–903. TIMMERMAN v. McLAUGHLIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–909. MADDOX v. CAPITOL BANKERS LIFE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–913. HALL v. JACOBS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–923. VOTION v. COUNTY OF ATASCOSA ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–985. NUNLEY v. CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–994. GOROD v. DEPARTMENT OF EMPLOYMENT AND TRAINING OF BOSTON ET AL. C. A. 1st Cir. Certiorari denied.